IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| REGINALD STROTHER | § | |
| VS. | § | CIVIL ACTION NO.   1:25-CV-212 |
| ROBERT STRAUSE | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Reginald Strother, a prisoner currently confined at the United States Penitentiary in Marion, Illinois, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Robert Strause.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On May 30, 2025, the magistrate judge recommended dismissing the action.  To date, the parties have not filed objections to the report and recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge [Dkt. 3] is ADOPTED.  A final judgment will be entered in accordance with this order.

**SIGNED this 1st day of July, 2025.**


_Michael J. Truncale_

Michael J. Truncale
United States District Judge