IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| REGINALD STROTHER | § | |
| VS. | § | CIVIL ACTION NO.  1:25-CV-212 |
| ROBERT STRAUSE | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Reginald Strother, a federal prisoner, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Lieutenant Robert Strause.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommended dismissing the action pursuant to sanctions previously imposed in civil action number 1:16-CV-7.  No objections were filed, and a final judgment was entered.

After the judgment was entered, Plaintiff filed objections and a Motion to Reinstate the action for consideration of those objections.  Plaintiff demonstrated that he did not receive a copy of the magistrate judge's Report and Recommendation in a timely manner, and that he gave his objections to prison officials for mailing within fourteen days of receipt of the Report and Recommendation.  Accordingly, the Motion to Reinstate should be granted to the extent that Plaintiff will receive *de novo* review.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings.  The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P.

72(b).  After careful consideration of all the pleadings and the relevant case law, the Court concludes

the objections are without merit.  This action will be dismissed in accordance with the sanctions

imposed in civil action number 1:16-CV-7.

ORDER

Accordingly, Plaintiff's Motion to Reinstate [Dkt. 7] is GRANTED to the extent that

Plaintiff's objections have received *de novo* review.  Plaintiff's objections [Dkt. 6] are

OVERRULED.  The findings of fact and the conclusions of law of the magistrate judge are correct,

and the Report and Recommendation of the magistrate judge [Dkt. 3] is ADOPTED.  A final

judgment will be entered in accordance with this Order.

**SIGNED this 16th day of March, 2026.**

Michael J. Truncale
United States District Judge